NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ONYX THERAPEUTICS, INC.,**
*Plaintiff-Appellee*

**v.**

**CIPLA LIMITED, CIPLA USA, INC.,**
*Defendants-Appellants*

---

2020-1875

---

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-00988-LPS, Chief Judge Leonard P. Stark.

---

**JUDGMENT**

---

NICHOLAS P. GROOMBRIDGE, Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY, argued for plaintiff-appellee. Also represented by JENNIFER H. WU; TANYA MANNO, MEGAN FREELAND RAYMOND, Washington, DC; THOMAS BURNS, KEVIN M. FLOWERS, JOHN LABBE, Marshall, Gerstein & Borun LLP, Chicago, IL; CHRISTINA NICHOLE GIFFORD, BRIAN KAO, JOSEPH E. LASHER, WENDY A. WHITEFORD, Amgen Inc., Thousand Oaks, CA; JAMES ASA HIGH, JR., South San Francisco, CA; JAMES YI LI, MARGARET O'BOYLE, LISA BARONS PENSABENE, HASSEN A.

SAYEED, EBERLE SCHULTZ, O'Melveny & Myers LLP, New York, NY.

GURPREET SINGH WALIA, FisherBroyles, LLP, New York, NY, argued for defendants-appellants.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, MAYER and WALLACH, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

March 8, 2021    /s/ Peter R. Marksteiner
Date    Peter R. Marksteiner
Clerk of Court